UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-3543
_____

In re:  DANIEL W. ALLEN, SR.,
Debtor


ADVANCED TELECOMMUNICATION NETWORK, INC.,
Appellant
_____

On Appeal from United States District Court
for the District of New Jersey
(D. N.J. 1-12-cv-03793)
District Judge:  Honorable Renee M. Bumb


_____

ORDER AMENDING OPINION
_____


It appears that attorney Michael A. Katz, Esq. was listed in error as counsel for appellant on the opinion.  Accordingly, it is hereby O R D E R E D that the opinion entered September 26, 2014 is hereby amended solely to delete the listing of Michael A. Katz as counsel in this case.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated:  September 29, 2014
JK/cc: All Counsel of Record
        Michael A. Katz, Esq.